

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00479-CR

The **STATE** of Texas,
Appellant

v.

John Thomas **CARR**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 506278
Honorable John Longoria, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED July 25, 2018.

_Marialyn Barnard_
Marialyn Barnard, Justice